**John WILLIAMS, Appellant,**

v.

STATE of Missouri, Respondent.

No. WD 74362.

Missouri Court of Appeals, Western District.

Sept. 25, 2012.

Mark A. Grothoff, Columbia, MO, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before DIV III: VICTOR C. HOWARD, Presiding Judge, KAREN KING MITCHELL, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

John Williams appeals from the motion court's denial of his Rule 29.15 motion after an evidentiary hearing. Williams claims that the motion court erred in denying his Rule 29.15 motion because his trial counsel failed to act as a reasonably competent attorney by failing to object to Detective Jason Miles's hearsay testimony, and that without the hearsay testimony, the result of his trial would have been different. We affirm. Rule 84.16(b).